21 A.3d 677

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David SATCHELL, Petitioner.**

Supreme Court of Pennsylvania.

June 6, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of June, 2011, the Motion to Amend, the Application for Relief, and the Petition for Allowance of Appeal are hereby **DENIED.**